UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LANDMEN PARTNERS INC., Individually and On Behalf of All Others Similarly Situated

                Plaintiff,

                v.

THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,

                Defendants.
------------------------------------------------------------x

Case No. 08 CV 3601

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Bruce D. Angiolillo of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants The Blackstone Group L.P., Stephen A. Schwarzman and Michael A. Puglisi in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:    April 23, 2008
            New York, New York

                SIMPSON THACHER & BARTLETT LLP

                By:  /s/ Bruce D. Angiolillo
                    Bruce D. Angiolillo, Esq.
                    (bangiolillo@stblaw.com)
                    425 Lexington Avenue
                    New York, New York 10017-3954
                    Telephone: (212) 455-2000
                    Facsimile: (212) 455-2502

                Attorney for Defendants