UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LANDMEN PARTNERS INC., Individually and On Behalf of All Others Similarly Situated

                Plaintiff,

                v.

THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,

                Defendants.
----------------------------------------------------------------x

Case No. 08 CV 3601

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Jonathan K. Youngwood of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants The Blackstone Group L.P., Stephen A. Schwarzman and Michael A. Puglisi in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:      April 23, 2008
              New York, New York

SIMPSON THACHER & BARTLETT LLP

By: /s/ Jonathan K. Youngwood
    Jonathan K. Youngwood, Esq.
    (jyoungwood@stblaw.com)
    425 Lexington Avenue
    New York, New York 10017-3954
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

Attorney for Defendants