UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANDMEN PARTNERS INC., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI, <br><br> Defendants. | <u>CLASS ACTION</u> <br><br> Civil Action No. 08 CV 3601 (CM) |
| TIMOTHY MCADAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI, <br><br> Defendants. | <u>CLASS ACTION</u> <br><br> Civil Action No. 08 CV 3838 (CM) |

[Caption Continues Below]

**NOTICE OF MOTION OF THE JAKEMAN GROUP FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| DAVID W. JAKEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>  vs.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>                    Defendants. | <u>CLASS ACTION</u><br><br>Civil Action No. 08 CV 4064 (CM) |
| DAVID B. GALCHUTT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>  vs.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>                    Defendants. | <u>CLASS ACTION</u><br><br>Civil Action No. 08 CV 4110 (CM) |

PLEASE TAKE NOTICE that Roderick Hernandez and Linda Hernandez, David Jakeman, Tsang Tak Keung, and Alice Tu and Yixtn Tu (collectively the "Jakeman Group" or "Movants"), by their counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York for an Order: (i) consolidating the above-captioned actions for all purposes pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Movants as Lead Plaintiffs in the consolidated action pursuant to the Private Securities Litigation Reform Act of 1995; and (iii) approving Movants' selection of the law firm of Stull, Stull & Brody as Lead Counsel.  In support of this Motion, Movants submit herewith a Memorandum of Law, a [Proposed] Order, and the Declaration of Jason D'Agnenica dated June 16, 2008.

Dated: June 16, 2008

    Respectfully submitted,

    **STULL, STULL & BRODY**

By: /s/ Jason D'Agnenica
    Jules Brody (JB-9151)
    Aaron Brody (AB-5850)
    Jason D'Agnenica (JD-9340)
    6 East 45th Street
    New York, NY 10017
    Tel: (212) 687-7230

**Proposed Lead Counsel**

1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANDMEN PARTNERS INC., Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> vs.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>      Defendants. | <u>CLASS ACTION</u><br><br>Civil Action No. 08 CV 3601 (CM) |
| TIMOTHY MCADAM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> vs.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>      Defendants. | <u>CLASS ACTION</u><br><br>Civil Action No. 08 CV 3838 (CM) |

[Caption Continues Below]

**[PROPOSED] ORDER GRANTING THE MOTION OF
THE JAKEMAN GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD
<u>PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| DAVID W. JAKEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>  vs.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>                    Defendants. | <u>CLASS ACTION</u><br><br>Civil Action No. 08 CV 4064 (CM) |
| DAVID B. GALCHUTT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>  vs.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>                    Defendants. | <u>CLASS ACTION</u><br><br>Civil Action No. 08 CV 4110 (CM) |

This Court, having considered the motion of Roderick Hernandez and Linda Hernandez, David Jakeman, Tsang Tak Keung, and Alice Tu and Yixtn Tu (collectively the "Jakeman Group" or "Movants"), for consolidation, appointment as lead plaintiff and approval of selection of lead counsel and the Memorandum of Law and Declaration of Jason D'Agnenica in support thereof, and good cause appearing therefor, hereby makes the following order:

1. All actions identified in the captions above and any other related actions which have been or will be filed against The Blackstone Group L.P. and the additional defendants named in the above-captioned actions for violations of the Securities Act of 1933 (the "Securities Act") shall be hereby consolidated pursuant to Fed. R. Civ. P. 42(a).

2. The caption of these consolidated class actions shall be "IN RE BLACKSTONE GROUP SECURITIES LITIGATION" and the files of these consolidated actions shall be maintained in one master file under Master File No. 08-CV-3601 (CM). Any other related individual or class actions now pending or hereafter filed in this District shall be consolidated as part of the <u>In Re Blackstone Group Securities Litigation</u> action as and when they are brought to the attention of the Court.

3. Henceforth, every pleading or other such document in these consolidated actions, which ordinarily contains a pleading caption, shall bear the following caption:

----------------------------------------------------------------

IN RE BLACKSTONE GROUP
SECURITIES LITIGATION                    Master File No. 08-CV-3601 (CM)

----------------------------------------------------------------

4. A Master Docket and Master File are hereby established for these consolidated

1

proceedings.  The clerk shall file all pleadings or papers in the Master File and note such filing in the Master Docket.  No further copies need to be filed or docket entries made.

     5.     Having considered the provisions of Section 27(a)(3)(B)(iii) of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), it is hereby ordered that the Jakeman Group is the "most adequate plaintiff" and satisfies the requirements of the Securities Act.  The Court hereby appoints the Jakeman Group as Lead Plaintiff in this action.

     6.     Movants have selected and retained the law firm of Stull, Stull & Brody as Lead Counsel.  Having considered the provisions of Section 27(a)(3)(B)(v) of the Securities Act, as amended by the PSLRA, the Court approves Lead Plaintiff's retention of counsel and appoints Stull, Stull & Brody as Lead Counsel in this action.

     SO ORDERED THIS _____ day of _____, 2008:

     _____
     UNITED STATES DISTRICT JUDGE