**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LANDMEN PARTNERS INC., Individually and On Behalf of All Others Similarly Situated, | <u>CLASS ACTION</u> |
| Plaintiff, | Civil Action No. 08 CV 3601 (CM) |
| vs. | |
| THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI, | |
| Defendants. | |
| TIMOTHY MCADAM, Individually and on Behalf of All Others Similarly Situated, | <u>CLASS ACTION</u> |
| Plaintiff, | Civil Action No. 08 CV 3838 (CM) |
| vs. | |
| THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI, | |
| Defendants. | |

[Caption Continues Below]

<u>**CERTIFICATE OF SERVICE**</u>

| | |
|---|---|
| DAVID W. JAKEMAN, Individually and On Behalf of All Others Similarly Situated, | CLASS ACTION |
| Plaintiff,<br>vs. | Civil Action No. 08 CV 4064 (CM) |
| THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>Defendants. | |
| DAVID B. GALCHUTT, Individually and on Behalf of All Others Similarly Situated, | CLASS ACTION |
| Plaintiff,<br>vs. | Civil Action No. 08 CV 4110 (CM) |
| THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>Defendants. | |

The undersigned certifies that on June 16, 2008, a copy of the foregoing Notice of Motion of the Jakeman Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; Memorandum of Law in Support of the Motion of the Jakeman Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; Declaration of Jason D'Agnenica in Support of the Motion of the Jakeman Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; Proposed Order; and Certification of Service were electronically filed with the Clerk of the Court using the Court's CM/ECF System.  Those attorneys who are registered with the CM/ECF System may access this filing through the Court's CM/ECF System, and notice of this filing will be sent to these parties by operation of the Court's CM/ECF System.

Dated: June 16, 2008

Respectfully submitted,

/s/ Jason D'Agnenica

By: _____

**Stull, Stull & Brody**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230