UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LANDMEN PARTNERS INC., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE BLACKSTONE GROUP L.P., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-03601-CM <br><br> <u>CLASS ACTION</u> |
| TIMOTHY McADAM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE BLACKSTONE GROUP L.P., et al., <br><br> Defendants. | Civil Action No. 1:08-cv-03838-CM <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

MARTIN LITWIN'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| DAVID W. JAKEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>THE BLACKSTONE GROUP L.P., et al.,<br><br>                      Defendants. | Civil Action No. 1:08-cv-04064-CM<br><br>CLASS ACTION |
| DAVID B. GALCHUTT, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>THE BLACKSTONE GROUP L.P., et al.,<br><br>                      Defendants. | Civil Action No. 1:08-cv-04110-CM<br><br>CLASS ACTION |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Martin Litwin will and hereby does move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) consolidating the above-captioned related actions; (2) appointing Mr. Litwin as lead plaintiff pursuant to the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995; and (3) approving his selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel.  In support of this motion, Mr. Litwin submits the accompanying memorandum of law and the Affidavit of David A. Rosenfeld.

DATED: June 16, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Blackstone Group\NOT00052028-LP.doc

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 16, 2008.

                                    s/ David A. Rosenfeld
                                    DAVID A. ROSENFELD

                                    COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                    58 South Service Road, Suite 200
                                    Melville, NY  11747
                                    Telephone:  631/367-7100
                                    631/367-1173 (fax)

                                    E-mail: drosenfeld@csgrr.com

# Mailing Information for a Case 1:08-cv-03601-CM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce Domenick Angiolillo**
  bangiolillo@stblaw.com,managingclerk@stblaw.com

- **Jack Gerald Fruchter**
  JFruchter@FruchterTwersky.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)