UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

TO ALL COUNSEL IN:   Blackstone IPO Litigations

FROM:   Judge McMahon

DATE:   June 25, 2008

---

Counsel:

In what I view to be an excess of caution, let me disclose the following:

Neither my husband nor I not any member of our family has any financial interest in Blackstone. However, my husband owns a ski condominium in a mixed use hotel/condominium building (I do not disclose the location for security reasons) that is presently owned by some Blackstone-related organization. It is my understanding that Blackstone is presently in negotiations to sell the building to a third party, but no sale has yet taken place.

During Blackstone's (relatively brief) period of ownership, my husband dealt with its representative in this investment in order to obtain permission to make alterations to the condominium, which he received. Those alterations are presently going forward.

I am advised that there is presently a lawsuit pending between certain other condominium owners in the building and Blackstone. My husband is not a party to this lawsuit, and I have not seen a copy of the complaint. However, I understand that it deals with Blackstone's alleged failure to make certain promised improvements to the hotel and common areas of the building (not including the owner-occupied condominiums). It could be argued that all the condominium owners would benefit should the litigating owners prevail in this litigation.

I do not believe that the foregoing requires me to recuse myself, and I certainly feel no partisanship toward any party to this lawsuit. However, if someone believes otherwise, feel free to make your argument by next Monday at 5 PM, and I will consider it.

_____
U.S.D.J.