Doc

United States District Court

Southern District of New York

Office of the Clerk

US Courthouse

500 Pearl Street, New York, N.Y. 10007-1213

NOTICE OF REASSIGNMENT

----------------------------------------------------------X

Landmen Partners Inc. v.  Blackstone Group

08cv3601

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

 

 

Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

Judge Castel

All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

Dated:

07/11/2008

By:    Jenny R. Horne

Deputy Clerk

cc:  Attorneys of Record