UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/08

| | |
|---|---|
| LANDMEN PARTNERS INC., Individually And On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 08-CV-03601 - HB |
| vs. | |
| THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI, | |
| Defendants. | |
| TIMOTHY McADAM, Individually And On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 08-CV-03838 - HB |
| vs. | |
| THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI, | |
| Defendants. | |

[caption continued on next page]

**[Proposed] CONSOLIDATION AND SCHEDULING ORDER**

| | |
|---|---|
| DAVID B. GALCHUTT, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br>　　　　　　　　　　Defendants. | Civil Action No. 08-CV-04110 - HB |
| DAVID W. JAKEMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 08-CV-04064 - HB |
| RETTINO INSURANCE AGENCY, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,<br>　　　　　　　　　　Defendants. | Civil Action No. 08-CV-05447 - HB |

**WHEREAS**, there are pending five actions brought pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1 *et seq.* (the "PSLRA"), alleging substantially similar claims under the federal securities laws against substantially the same parties on behalf of substantially the same plaintiff filed in this Court (individually, the "Action" or collectively, the "Actions") ;

**WHEREAS**, on September 15, 2008, this Court appointed class members Martin Litwin ("Litwin") and Max Poulter and Francis Brady ("BX Investor Group") as Lead Plaintiff for the class and approved the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Brower Piven, A Professional Corporation, as Lead Counsel for the class (the "Lead Plaintiff Order);

**WHEREAS**, the Lead Plaintiff Order and Stipulation did not provide for consolidation of the Actions;

**WHEREAS**, Fed. R. Civ. P. 42(a) provides that a court may order all actions consolidated if they involve "common issues of law or fact." Fed. R. Civ. P. 42(a); *accord* 15 U.S.C. § 77z-1(a)(3)(B)(ii) (providing for consolidation where "more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed.");

**WHEREAS**, counsel for all plaintiffs and defendants have conferred and agree that the Actions should be consolidated pursuant to Fed. R. Civ. P. 42(a); and

**WHEREAS**, counsel for the parties appeared before this Court on September 18, 2008, with regard to consolidation and scheduling issues,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Pursuant to Fed. R. Civ. P. 42(a), the Actions are consolidated for all purposes under *Landmen Partners, Inc. v. The Blackstone Group L. P.*, 08-CV-03601-HB (the "Consolidated Action");

2. All subsequently filed or transferred cases alleging common questions of law or fact to those alleged in the Consolidated Action shall be consolidated, for all purposes, with the Consolidated Action;

3. All pleadings and papers filed with the Court shall be filed only in the Consolidated Action under No 08-CV-03601-HB;

4. Lead Plaintiff will file a Consolidated Amended Complaint on or before October 20, 2008;

5. Defendants will either answer the Consolidated Amended Complaint or move to dismiss the Consolidated Amended Complaint on or before November 20, 2008; and

6. If any or all of defendants move to dismiss the Consolidated Amended Complaint, Lead Plaintiff will file on or before December 19, 2008 papers opposing such motion(s). Defendants will reply to such opposition(s) on or before January 5, 2009.

7. There will be a pretrial conference before the Court on November 6, 2008, at 3:00 pm.

**SO ORDERED** this 22 day of September, 2008

_____
HONORABLE HAROLD BAER
UNITED STATES DISTRICT JUDGE

4

TO:

**BROWER PIVEN**
A Professional Corporation
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Co-Lead Counsel for the Class*

**SIMPSON THACHER & BARTLETT LLP**
Bruce D. Angiolillo
Jonathan K. Youngwood
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-3735
Facsimile: (212) 455-2502

*Counsel for Defendants*