UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
LANDMEN PARTNERS INC., Individually and On : Behalf of All Others Similarly Situated,
:
:
Plaintiff, :
: Civil Action No. 08-CV-03601-HB
vs. :
:
THE BLACKSTONE GROUP L.P., et al., :
:
Defendants. :
:
-----------------------------------------------------------------x

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE, that upon the annexed Declaration of Jonathan K. Youngwood, dated the 4th day of December, 2008, the exhibits attached thereto, and the accompanying Memorandum of Law, defendants The Blackstone Group L.P. ("Blackstone"), Stephen A. Schwarzman, Peter J. Peterson, Hamilton E. James, and Michael A. Puglisi will move this Court, before the Honorable Harold Baer, Jr., United States District Court Judge, at the United States District Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an order dismissing plaintiffs' complaint prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
December 4, 2008

                        Respectfully Submitted,

                        SIMPSON THACHER & BARTLETT LLP

                        By    /s/ Bruce D. Angiolillo
                            Bruce D. Angiolillo (BA-9271)
                              angiolillo@stblaw.com
                            Jonathan K. Youngwood (JY-2234)
                              jyoungwood@stblaw.com
                            425 Lexington Avenue
                            New York, New York  10017-3954
                            Telephone: (212) 455-2000
                            Facsimile:  (212) 455-2502

                            Attorneys for Defendants The Blackstone
                            Group L.P., Stephen A. Schwarzman, Peter J.
                            Peterson, Hamilton E. James, and Michael A.
                            Puglisi