**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LANDMEN PARTNERS INC., Individually and
On Behalf of All Others Similarly Situated,
                      Plaintiff,

        -against-

THE BLACKSTONE GROUP, L.P., et al.,
                      Defendants.
------------------------------------------------------------X

08 CIVIL 3601 (HB)

**JUDGMENT**

Defendants having moved to dismiss the Consolidated Amended Class Action Complaint ("CAC") pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Harold Baer Jr., United States District Judge, and the Court, on September 22, 2009, having rendered its Opinion and Order granting Defendants' motion to dismiss the CAC with prejudice for failure to state a claim, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2009, Defendants' motion to dismiss the CAC for failure to state a claim is granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         September 25, 2009

                                      J. MICHAEL McMAHON
                                      _____
                                      Clerk of Court
               BY:
                                      _____
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____