UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LANDMEN PARTNERS, INC., Individually :
and on Behalf of All Others Similarly
Situated, :

                        Plaintiffs, :

THE BLACKSTONE GROUP, L.P., et al., :

                        Defendants. :

------------------------------------------------------------X

**AMENDED ORDER**

08 Civ. 3601 (HB) (FM)

**FRANK MAAS**, United States Magistrate Judge.

      I have read the proposed revised Memorandum of Law in Opposition to Plaintiff's Motion to Exclude the Expert Testimony of Raymond Ball, and I direct that the newly-added language in footnote 2 on page 5 of that document be deleted.

Dated:     New York, New York
            August 8, 2013

                                              _____
                                                 FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Harold Baer
United States District Judge

All Counsel via ECF

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/8/13]