UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————— x
LANDMEN PARTNERS, Individually and on : Civil Action No. 08-CV-03601-HB-FM
Behalf of All Others Similarly Situated, : **(Consolidated)**
:
Plaintiff, : <u>CLASS ACTION</u>
:
vs. :
:
THE BLACKSTONE GROUP L.P., *et al.*, :
:
Defendants. :
——————————————————— x

### [~~PROPOSED~~] ORDER

Having considered plaintiffs' August 16, 2013 letter and the argument by the parties on August 19, 2013, the Court ORDERS defendants to make available for depositions, as expeditiously as possible, Gideon Berger, Timothy Coleman, David Foley and David Roth, for no more than two hours of testifying time each, at a mutually convenient time and location.

IT IS SO ORDERED.

DATED: 8/21/13

_____
THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 8/21/13