UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

LANDMEN PARTNERS INC., Individually : Civil Action No. 08-cv-03601-HB-FM
and On Behalf of All Others Similarly Situated, :
: <u>CLASS ACTION</u>
      Plaintiff, :
: NOTICE OF LEAD PLAINTIFFS'
vs. : UNOPPOSED MOTION FOR PRELIMINARY
: APPROVAL OF SETTLEMENT
THE BLACKSTONE GROUP L.P., et al., :
:
      Defendants. :
:
———————————————————— x

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

  PLEASE TAKE NOTICE that Lead Plaintiffs Martin Litwin and Francis Brady will move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure at 1:00 p.m. on August 28, 2013, at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, New York, New York 10007, for an Order (1) preliminarily approving the proposed settlement of this action, as set forth in the Settlement Agreement, dated August 28, 2013 (the "Stipulation"); (2) approving the form and manner of giving notice of the Settlement to the Class; and (3) scheduling a hearing for final approval of the Settlement, the plan of distribution, Lead Counsel's application for an award of attorneys' fees and payment of litigation expenses, and Lead Plaintiffs' request for payment of their costs and expenses (including lost wages).

  This motion is based upon the accompanying Memorandum of Law, the Stipulation and the exhibits thereto, the papers and filings on record in this matter, and such additional evidence or argument as may be presented at the hearing.

DATED: August 28, 2013

BROWER PIVEN
  A PROFESSIONAL CORPORATION
DAVID A.P. BROWER
BRIAN C. KERR

                */s/ David A.P. Brower*
                DAVID A.P. BROWER

475 Park Avenue South, 33rd Floor
New York, NY 10016
Telephone: 212/501-9000
212/501-0300 (fax)
brower@browerpiven.com
kerr@browerpiven.com

BROWER PIVEN
  A PROFESSIONAL CORPORATION
CHARLES J. PIVEN
YELENA TREPETIN
1925 Old Valley Road
Stevenson, MD 21153
Telephone: 410/332-0030
410/685-1300 (fax)
piven@browerpiven.com
trepetin@browerpiven.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
JOSEPH RUSSELLO
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
jrussello@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD
ELLEN GUSIKOFF STEWART
JONAH H. GOLDSTEIN
ROBERT R. HENSSLER, JR.
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
elleng@rgrdlaw.com
jonahg@rgrdlaw.com
bobbyh@rgrdlaw.com

*Lead Counsel and Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2013, I served true and correct copies of the foregoing Notice Of Lead Plaintiffs' Unopposed Motion For Preliminary Approval Of Settlement on Defendants' counsel by causing copies to be sent by email.

                                                                   */s/ David A.P. Brower*
                                                                     David A.P. Brower