UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

LANDMEN PARTNERS INC., Individually        :
and On Behalf of All Others Similarly Situated,
                                           :
                  Plaintiff,
                                           :   Civil Action No. 08-CV-03601-HB-FM
         vs.
                                           :
THE BLACKSTONE GROUP L.P., *et al.*,
                                           :
                  Defendants.
———————————————————————— x

**NOTICE OF PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**PLEASE TAKE NOTICE** that Counsel for Lead Plaintiffs Martin Litwin and Francis Brady will move this Court on December 18, 2013 at 11:00 a.m., or at such other date and time as the Court may designate, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, pursuant to FED. R. CIV. P. 23(h) and 54(d)(2) and 15 U.S.C. §78u-4(a)(6) for an award of attorneys' fees and reimbursement of expenses.

The Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the accompanying Declaration of David A.P. Brower in Support of Plaintiffs' Motions for Final Approval of Class Notice, Final Approval of the Proposed Settlement, Final Approval of the Proposed Plan of Distribution and Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and the exhibits thereto, and other such matters and arguments as the Court may consider during the hearing of this Motion.

DATED: October 10, 2013

BROWER PIVEN
   A PROFESSIONAL CORPORATION
DAVID A.P. BROWER
BRIAN C. KERR

*/s/ David A.P. Brower*
DAVID A.P. BROWER

475 Park Avenue South, 33rd Floor
New York, NY 10016
Telephone: 212/501-9000
212/501-0300 (fax)
brower@browerpiven.com
kerr@browerpiven.com

BROWER PIVEN
   A PROFESSIONAL CORPORATION
CHARLES J. PIVEN
YELENA TREPETIN
1925 Old Valley Road
Stevenson, MD 21153
Telephone: 410/332-0030
410/685-1300 (fax)
piven@browerpiven.com
trepetin@browerpiven.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
JOSEPH RUSSELLO
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
jrussello@rgrdlaw.com

3

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD
ELLEN GUSIKOFF STEWART
JONAH H. GOLDSTEIN
ROBERT R. HENSSLER, JR.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
elleng@rgrdlaw.com
jonahg@rgrdlaw.com
bobbyh@rgrdlaw.com

*Lead Counsel and Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2013 I served true and correct copies of the foregoing Notice Of Plaintiffs' Counsel's Motion For An Award Of Attorneys' Fees And Reimbursement of Litigation Expenses on Defendants' counsel by causing copies to be sent by the ECF system and by electronic mail to:

Bruce D. Angiolillo, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
bangiolillo@stblaw.com

            */s/ David A.P. Brower*
             David A.P. Brower