UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
LANDMEN PARTNERS INC., Individually : Civil Action No. 08-cv-03601
and On Behalf of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
: [PROPOSED] ORDER FOR
vs. : DISBURSEMENT OF FUNDS TO PAY
: GILARDI & CO. LLC FOR ITS
THE BLACKSTONE GROUP L.P., et al., : ADMINISTRATIVE FEES AND COSTS
:
Defendants. :
:
———————————————————— x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/14
```

930135_1

WHEREAS, Lead Counsel have received invoices from Gilardi & Co. LLC in the amount of $689,509.34 for fees and expenses and costs incurred with providing notice and claim administration services to the Class; and

WHEREAS, Lead Counsel have moved for an order permitting that $689,509.34 be deducted from the Settlement Fund to pay those invoices;

IT IS HEREBY ORDERED THAT:

Lead Counsel may pay to Gilardi $689,509.34 from the Settlement Fund for its notice and claims administration services incurred through January 12, 2014, as set forth in the invoices provided to Lead Counsel and the Court.

DATED: 5/8/14

_____
THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

- 1 -

930135_1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, I submitted the foregoing to judgments@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2014.

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: srudman@rgrdlaw.com

930135_1